# United States Court of Appeals
## For the First Circuit

No. 20-1777

GLEN PLOURDE,

Plaintiff - Appellant,

v.

KNOX COUNTY, ME; UNKNOWN KNOX COUNTY, SHERIFF'S OFFICE SUV DRIVER; ALICIA GORDON, Knox County Sheriff's Office Patrol Deputy; NATHANIAL JACK, Knox County Sheriff's Department Deputy; SGT. JOHN PALMER, Knox County Sheriff's Department; PATRICK POLKY, Knox County Sheriff's Department Lieutenant; DONNA DENNISON, Knox County Sheriff,

Defendants - Appellees,

UNITED STATES; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; NATIONAL SECURITY AGENCY; CENTRAL INTELLIGENCE AGENCY; FEDERAL BUREAU OF INVESTIGATION; OFFICE OF HOMELAND SECURITY; US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; SUSAN M. COLLINS, OFFICE OF SENATOR SUSAN M. COLLINS United States Senator for Maine; ANGUS KING, OFFICE OF THE MAINE STATE GOVERNOR; United States Senator for Maine; OFFICE OF THE MAINE STATE GOVERNOR JANET T. MILLS, Office of The Maine State Governor; AARON M. FREY, Office of the Maine State Attorney General; MAINE HUMAN RIGHTS COMMISSION; MAINE GOVERNMENT OVERSIGHT COMMITTEE; MAINE OFFICE OF PROGRAM EVALUATION AND GOVERNMENT ACCOUNTABILITY; STATE OF MAINE; KNOX COUNTY SHERIFF'S DEPARTMENT; KNOX COUNTY ADMINISTRATOR'S OFFICE; KNOX COUNTY MAINE TRINITY ON THE OCEAN; FREEPORT MAINE POLICE DEPARTMENT; TOWN OF FREEPORT, MAINE; PENOBSCOT COUNTY SHERIFF'S OFFICE; PENOBSCOT COUNTY ME; AMERICAN CIVIL LIBERTIES UNION OF MAINE; AMERICAN CIVIL LIBERTIES UNION; MOHLAR LAW OFFICE; VERRILL DANA; MAINE AMERICAN RED CROSS; NATIONAL AMERICAN RED CROSS; INTERNATIONAL RED CROSS; MICHELLE MICHAUD, Executive Assistant to Susan Collins; MARK WINTER, Executive Assistant to Susan Collins; MICHAEL NOYES, Executive Assistant to Susan Collins; SARAH GRAETTINGER, Constituent Service Represenative, Maine State Senator Angust King, Suspected FBI Agent; PAUL R. LEPAGE, Maine State Governor (Retired); SUZANNE BROCHU, Executive Assistant to Governor Paul LePage; ADAM CREPEAU, Executive Assistant to Governor Paul LePage; AMY M. SNEIRSON, Executive Director of Maine Human Rights Commission; BARBARA L. ARCHER HIRSCH, Lead Counsel for Maine Human Rights Commission; RICHARD KATZ, Senate Chair, Maine Government Oversight Committee; ETTA CONNERS,

Committee Clerk, Maine Government Oversight Committee; SCOTT FARWELL, Senior Analyst, Office of Program Evaluation and Government Accountability; BETH ASHCROFT, Office of Program Evaluation and Government Accountability; DREW GRAHAM, Knox County Sheriff's Officer (Rank Unknown; UNKNOWN KNOX COUNTY SHERIFF'S SECRETARY #1, #2, and #3; TAYLOR BENZINE, Knox County Sheriff's Department Dispatch Operator; JESSICA WARD, Knox County Sheriff's Department Dispatch Operator; ANDREW HART; OFFICER CAVANAUGH Freeport Maine Police Department, (Rank Unknown); EDWARD TOULOUSE, Penobscot County Sheriff's Department Officer; STEVEN BELYEA, Manager Trinity on the Ocean, Suspected FBI Agent; DONNA BELYEA, Co-Manager Trinity on the Ocean, Suspected FBI Agent; RACKLIFF, Occupant of Apartment 18B, Suspected FBI Agent; UNKNOWN AMERICAN CIVIL LIBERTIES UNION, Intake Specialist; ZACHARY HEIDEN, Legal Director, ACLU of Maine; UNKNOWN MOHLAR LAW OFFICE, SECRETARY; PHILIP MOHLAR, Attorney, Mohlar Law Office, Suspected FBI Agent; UNKNOWN VERRILL DANA, Secretary; NICHOLAS KNOWLES, Suspected to be Bill Knowles of Verrill Dana, Attorney and/or General Counsel and Loss Prevention Partner, the Law Firm of Verrill Dana, Suspected FBI and/or CIA Agent; UNKNOWN FBI AGENT #1 AND #2; UNKNOWN AUGUSTA FBI SUPERVISORY SPECIAL AGENT; CRAIG HARVEY, FBI Special Agent; MARK ATLEY, FBI Special Task Force Commander; HAROLD H. SHAW, FBI Special Agent in Charge, Boston (Retired); JOSEPH R. BONAVOLONTA, FBI Special Agent in Charge, Boston; JOHN BOND, Homeland Security Agent (Rank Unknown); TALIS JORDAN, Homeland Security Agent (Rank Unknown); CATE HAIDEN, CIA Agent (Rank Unknown); ERIC HAIDEN, CIA Agent (Rank Unknown); PAT MURTAGH, Director of American Red Cross (Maine); UNKNOWN MAINE AMERICAN RED CROSS, SECRETARY; UNKNOWN MAINE AMERICAN RED CROSS, WORKER; SALOMON CHAQUIAR-RABINOVICH, HUD Intake Specialist; STACY GREENDLINGER, HUD Acting Intake Branch Chief; KRISTEN LOUISE FILIPIC, HUD Special Investigator; DANIEL WEAVER, HUD Enforcement Branch Chief, Boston Division; SUSAN FORWARD, HUD Director, Boston Division; DAN COATS, Director of National Intelligence (Retired); JOSEPH MAGUIRE, Director of National Intelligence (Retired); UNKNOWN AMERICAN CIVIL LIBERTIES UNION INTAKE SPECIALIST, Suspected FBI Agent,

Defendants.

_____

Before

Thompson, Selya and Barron,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: June 3, 2021

Pro se appellant Glen Plourde seeks review of the dismissal of his second amended complaint on preliminary review pursuant to 28 U.S.C. § 1915(e)(2). After careful review of the record and appellant's arguments on appeal, we conclude that appellant has failed to show that the

district court abused its discretion and affirm, essentially for the reasons discussed in the magistrate judge's May 15, 2020 recommended decision, and in the district court's July 3, 2020 order affirming the magistrate judge's recommendation.  All of appellant's pending motions are denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Glen Plourde
Julia M. Lipez
Aaron M. Frey
Susan P. Herman